## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| DENNIS GRAVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:20-cv-2209 |
| | ) |
| | ) |
| XPO LOGISTICS FREIGHT, INC. | ) |
| | ) |
| Defendant. | ) |

### STIPULATION TO DISMISS WITH PREJUDICE

COME NOW, Plaintiff Dennis Graves and Defendant XPO Logistics Freight, Inc., by and through their counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate to the dismissal of this matter with prejudice, each side to bear its own costs and fees.

*(Signatures on the following page)*

1

Respectfully Submitted,

CORNERSTONE LAW FIRM

By: /s/ Brittany C. Mehl
Ryan M. Paulus        D Kan 78276
r.paulus@cornerstonefirm.com
Brittany C. Mehl      D Kan 26642
b.mehl@cornerstonefirm.com
Jessica M. McDowell D Kan 78731
j.mcdowell@cornerstonefirm.com
5821 NW 72nd Street
Kansas City, Missouri 64151
Telephone            (816) 581-4040
Facsimile            (816) 741-8889
ATTORNEYS FOR PLAINTIFF


and

JACKSON LEWIS P.C.

By:/s/ Karen R. Glickstein
Karen R. Glickstein, KS Bar #14036
Phillip C. Thompson, KS Bar #27575
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Karen.Glickstein@jacksonlewis.com
Phillip.Thompson@jacksonlewis.com
ATTORNEYS FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 25th day of August, 2021, a true and accurate copy of the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Karen R. Glickstein, Karen.Glickstein@jacksonlewis.com
Phillip C. Thompson, Phillip.Thompson@jacksonlewis.com
Jackson Lewis P.C.
7101 College Blvd.
Suite 1200
Overland Park, KS 66210
**Attorneys for Defendant**

                              /s/ Brittany C. Mehl
                              *Attorney for Plaintiff*